# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA LITTLE, | : |
|     Plaintiff, | : |
| | : |
| v. | :    CIVIL ACTION |
| | :    2:17-cv-03446-AB |
| LOWER BUCKS RESTORATION SERVICES, INC., *et al.*, | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this _26th__ day of February, 2019, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 26) is **GRANTED** as to Count IV, Plaintiff's claim for intentional interference with prospective contractual relations; and

2. Defendants' Motion for Summary Judgment (ECF No. 26) is **DENIED** as to all other Counts and proposed grounds for summary judgment.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on 2/26/2019